THE SISTERS OF CHARITY OF ST. VINCENT DE PAUL, Appellants,
*v.* MARY KELLY et al., Respondents.

When costs are given by the judgment of this court, it means costs in this
court to the successful party as against the unsuccessful party.

(Argued February 6, 1877; decided February 13, 1877.)

THIS was a motion to correct a *remittitur* as to costs. *Held*,
as above.

*James A. Deering* for the motion.

*Otto Horwitz* opposed.

Agree to deny motion.
No opinion.
Motion denied.

---

THE PEOPLE ex rel. ABRAHAM LANSING, Respondents, *v.*
GRENVILLE TREMAIN, Appellant.

(Argued February 8, 1877; decided February 20, 1877.)

*Rufus W. Peckham* and *Grenville Tremain* for the
appellant.

*Abraham Lansing* for the respondents.

THIS case presented the same question and was affirmed on
the opinion in *People ex rel. McCann* v. *Kilbourn* (*ante*,
page 479).